Date signed October 17, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: | : |
| | : |
| WARREN R. FRIES | :    Case No. 06-11424PM |
| | :          Chapter 7 |
| Debtor | : |

## MEMORANDUM OF DECISION

This case came before the court upon the Application filed by Scott C. Borison and Legg Law Firm, LLC, for allowance of compensation for a total of $8,300.00, of which $5,111.00 has been paid by the Debtor. Counsel seeks $3,189.00 as a Chapter 13 administrative expense. Such expenses are subordinate to administrative expenses incurred while the case is in Chapter 7. 11 U.S.C. § 727(b).

While this case could not be considered a success, it is self-evident that counsel has rendered substantial benefit to the estate. Among other things, counsel was successful in having the priority claim of Deborah Norris reduced from $27,250.00 to $7,500.00. In addition, counsel performed substantial services throughout the duration of this case under Chapter 13, and, in view of the proposed sale by the Chapter 7 Trustee of certain real estate, it appears as if there will be a substantial distribution to creditors.

The Application will be allowed in full. An appropriate order will be entered.

cc:
Scott C. Borison, Esq., 5500 Buckeystown Pike, Frederick, MD
Timothy P. Branigan, C/13 Trustee, P.O. Box 1902, Laurel MD 20725-1902
Steven H. Greenfeld, C/7 Trustee, 7910 Woodmont Avenue, Suite 760, Bethesda, MD 20814
Warren R. Fries, 306 W. Main Street, Middletown, Md 21769

**End of Memorandum**